IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DARRELL DERON CRAIG**                                                **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO. 1:13cv522-MTP**

**SMCI, et al.**                                                     **DEFENDANTS**

## JUDGMENT

This cause having come before the court on a Motion to Dismiss [23] filed by Defendants, and a decision having been duly rendered by separate Opinion and Order [26],

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice. All pending motions are denied as moot.

THIS, the 31st day of October, 2014.

                                                    /s/ Michael T. Parker
                                                    Michael T. Parker
                                                    United States Magistrate Judge